IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cooks, Koreyama

Printed: 2/19/08

Case Number: 04 B 34898
Judge: Squires, John H
Filed: 9/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: November 3, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,285.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,505.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,571.20 |
| Trustee Fee: |  | 163.06 |
| Other Funds: |  | 45.00 |
| Totals: | 3,285.00 | 3,285.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,571.20 | 1,571.20 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 277.50 | 1,092.98 |
| 3. | SBC | Unsecured | 104.79 | 412.76 |
| 4. | Michael A Guthrie | Unsecured |  | No Claim Filed |
| 5. | Kmart Corp | Unsecured |  | No Claim Filed |
| 6. | Check Into Cash | Unsecured |  | No Claim Filed |
| 7. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
| 8. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 9. | Dr Howard Herman | Unsecured |  | No Claim Filed |
| 10. | Check N Go | Unsecured |  | No Claim Filed |
| 11. | TCF Bank | Unsecured |  | No Claim Filed |
| 12. | Spiegel | Unsecured |  | No Claim Filed |
| 13. | Robert Morris College | Unsecured |  | No Claim Filed |
| 14. | Computer Collection Service Corporation | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | AT&T Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 1,953.49 | $ 3,076.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 15.64 |
| 4% | 5.63 |
| 3% | 4.17 |
| 5.5% | 23.57 |
| 5% | 7.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cooks, Koreyama

Printed:  2/19/08

Case Number:  04 B 34898
Judge:  Squires, John H
Filed:  9/20/04

|  |  |
|---|---|
| 4.8% | 72.91 |
| 5.4% | 34.03 |
|  | _____ |
|  | $ 163.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____